# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 10-00081-KD** |
| v. | * | |
| | * | |
| **RODNEY LAMON LUTIN** | * | |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on June 10, 2010 a Plea Agreement was entered by the defendant, **RODNEY LAMON LUTIN**, to Count Two of the Superseding Information. As a condition of his guilty plea, the defendant, **RODNEY LAMON LUTIN** agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture notice of the Superseding Information and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, defendant, **RODNEY LAMON LUTIN**, agreed to and confessed to forfeit the following property:

(1) $3,176.00  (Three thousand, one hundred seventy-six and 00/100 dollars) in United States currency seized from defendant on May 20, 2010.

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting September 30, 2010, on www.forfeiture.gov. A Proof of Publication was filed on November 1, 2010, (Doc. 27), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) **$3,176.00  (Three thousand, one hundred seventy-six and 00/100 dollars) in United States currency seized from defendant on May 20, 2010.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

DONE AND ORDERED this 7th day of December, 2010.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE